**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NORMAN HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>Defendant. | 2:11-CV-1233 JCM (CWH) |

**ORDER**

Presently before the court is plaintiff Norman Howard's motion to voluntarily dismiss the complaint without prejudice. (Doc. #10). Defendants have not opposed the motion.

Pursuant to Local Rule 7-2(b), an opposing party's failure to file a timely response to any motion constitutes the party's consent to the granting of the motion.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to voluntarily dismiss his complaint (doc. #10) be, and the same hereby is, GRANTED.

DATED November 4, 2011.

James C. Mahan

**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**